ANTHONY R. CAMPO *vs.* THE STATE DEPARTMENT
OF HEALTH.
MODESTINO COPPOLA *vs.* THE STATE DEPARTMENT
OF HEALTH.
WILLIAM H. FELDMAN *vs.* THE STATE DEPARTMENT
OF HEALTH.
SAMUEL LERNER *vs.* THE STATE DEPARTMENT OF
HEALTH.
WILLIAM LEVY *vs.* THE STATE DEPARTMENT OF
HEALTH.

Third Judicial District, Bridgeport, April Term, 1928.
MALTBIE, HAINES, HINMAN, BANKS and WOLFE, Js.

Argued April 17th—decided June 18th, 1928.

*Samuel E. Hoyt* and *Harry L. Edlin,* for the appellants (plaintiffs Campo and Coppola).

*William F. D. Kilpatrick,* for the appellants (plaintiffs Feldman, Lerner and Levy).

*James W. Carpenter,* with whom, on the brief, were *Benjamin W. Alling,* Attorney General, *Cyril Coleman* and *J. H. Bartholomew, Jr.,* for the appellee (defendant).

PER CURIAM. Each of these appellants appeals from a judgment of the Superior Court sustaining the revocation of his license to practice medicine by the State Department of Health under circumstances identical in all material respects with those involved in *Mower v. State Department of Health, ante,* p. 74. The issues raised are determined adversely to the appellants by our decision in that case.

There is no error in any of these appeals.